UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LORO PAPAJ,

              Petitioner,

              v.

KRISTI NOEM,

              Respondent2.

No. 5:26-cv-01360-MWC-AYP

**JUDGMENT (DKTS. 1, 22)**

**JS-6**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment, *see* Dkt. # 22, the Court **ORDERS** that the petition under 28 U.S.C. § 2241, *see* Dkt. # 1, is **GRANTED**, with no further proceedings, consistent with the reasons and findings set forth in petitioner's request for a preliminary injunction granted by the district court on April 10, 2026, *see* Dkt. # 17; *see also* Dkt. # 11.

**IT IS SO ORDERED.**

DATED: May 14, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge